# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U. S. DIST. COURT
BRUNSWICK DIV.

2002 APR 29 P 3: 31

CASE NO. _W 206-87_

## <u>GENERAL ORDER</u>

Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop a proposed discovery plan, and submit a report to this Court. Subsequent to the filing of the report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P. 16(b). Therefore, by the <u>earlier</u> of **twenty (20) days** after the filing of the last answer of the defendants named in the original complaint or **forty-five (45) days** after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a defendant named in the original complaint, the parties shall confer as provided in Rule 26(f). <u>See</u> L.R. 26.1(a). Thereafter, within **ten (10) days** after the required conference held pursuant to 26(f), the parties shall submit to the Court a written report conforming to the language and format of the Rule 26(f) Report attached to this Order outlining their discovery plan. <u>See</u> L.R. 26.1(b).

Except in unusually protracted or complex cases, the parties will be expected to adhere to the following deadlines and limitations:

1.  The parties shall serve <u>all written discovery</u> on opposing parties and shall complete all depositions within **140 days** of the filing of the last answer of the defendants named in the original complaint. <u>See</u> L.R. 26.1(d)(i).

AO 72A
Rev. 8/82)

2.      The plaintiff must furnish the <u>expert witness reports</u> required by Rule 26(a)(3) within **60 days** after the Rule 26(f) conference.  <u>See</u> L.R. 26.1(d)(ii).

3.      The defendant must furnish the <u>expert witness reports</u> required by Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later).  <u>See</u> L.R. 26.1(d)(iii).

4.      The last day for <u>filing motions to add or join parties or amend the pleadings</u> is **60 days** after the first answer of the defendants named in the original complaint.  <u>See</u> L.R. 16.3.

5.      The last day for <u>filing all other motions</u>, excluding motions in limine, is **30 days** after the close of discovery.  <u>See</u> L.R. 7.4.

Plaintiff's counsel shall ensure that a copy of this Order is served upon each party.

Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

**SO ORDERED.**

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

_____ DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## RULE 26(f)  REPORT

1.   Date of Rule 26(f) conference:  _____

2.   Parties or counsel who participated in conference:

     _____

     _____

     _____

3.   If any defendant has yet to be served, please identify the defendant and state when service is expected.

4.    Date the Rule 26(a)(1) disclosures were made or will be made:

       _____

5.    If any party objects to making the initial disclosures required by
      Rule 26(a)(1) or proposes changes to the timing or form of those
      disclosures,

      (a)    Identify the party or parties making the objection or
             proposal:

             _____

      _____

             _____

_____(b)   Specify the objection or proposal:

             _____

             _____

             _____

6.    The Local Rules provide a 140-day period for discovery.  If any
      party is requesting additional time for discovery,

      (a)    Identify the party or parties requesting additional time:

             _____

             _____

2

_____

(b)   State the number of months the parties are requesting for discovery:

_____ months

(c)   Identify the reason(s) for requesting additional time for discovery:

_____ Unusually large number of parties

_____ Unusually large number of claims or defenses

_____ Unusually large number of witnesses

_____  Exceptionally complex factual  issues

_____ Need for discovery outside the United States

_____ Other: _____

(d)   Please provide a brief statement in support of each of the reasons identified above:

_____

_____

_____

_____

_____

3

_____

_____

7.    If any party is requesting that discovery be limited to particular
      issues or conducted in phases, please

      (a)    Identify the party or parties requesting such limits:

             _____

             _____

             _____

      (b)    State the nature of any proposed limits:

             _____

             _____

             _____

8.    The Local Rules provide, and the Court generally imposes, the
      following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

4

Last day to file motions                    30 days after close of
                                            discovery


If any party requests a modification of any of these deadlines,

   (a)   Identify the party or parties requesting the modification:

         _____

         _____

         _____

   (b)   State which deadline should be modified and the reason
         supporting the request:

         _____

         _____

         _____

         _____

         _____


9.    State any other matters the Court should include in its scheduling
      order:

    _____

    _____

    _____

_____

_____

10.   The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____, 20 .

Signed: _____

*Attorney for Plaintiff*

_____

*Attorney for Defendant*