U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
3:45 P.M.
7-26-2006
Dep. _____

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

FLOYD E. GRESSEL, JR.,        )
                             )
       Plaintiff,           )
                             )
v.                             )
                             )
HONEYWELL INTERNATIONAL,   )     CIVIL ACTION FILE
INC., formerly known as       )     NO. CV 206-87
ALLIED CHEMICAL CORPORATION )
and as ALLIEDSIGNAL, INC.,    )
                             )
       Defendant.        )

## CONSENT ORDER GRANTING EXTENSION TO RESPOND
## TO DEFENDANT'S MOTION TO JOIN GLYNN COUNTY,
## GEORGIA AS A NECESSARY PARTY

It appearing from signatures of counsel below that the parties have consented to an extension

through August 11, 2006, for Plaintiff to respond to Defendant's motion to join Glynn County,

Georgia as a necessary party,

IT IS HEREBY ORDERED that Plaintiff shall file his response to Defendant's motion to join

Glynn County, Georgia as a necessary party on or before Friday, August 11, 2006.

SO ORDERED, this the 27th day of July, 2006.

_____
James E. Graham
United States Magistrate Judge
Southern District of Georgia

CONSENTED TO BY:

KILLIAN & BOYD

by: _____

506 Monk Street
Brunswick, GA 31520
(9l2) 265-5063
COUNSEL FOR PLAINTIFF



GILBERT, HARRELL, SUMERFORD
  & MARTIN, P.C.

by: _____

Post Office Box 190
Brunswick, Georgia  31521-0190
(912) 265-6700
COUNSEL FOR DEFENDANT