IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| FLOYD E. GRESSEL JR. ) | |
| ) | |
| v. ) | Case No. CV206-87 |
| ) | |
| HONEYWELL INTERNATIONAL, INC. ) | |
| *formerly known as* ALLIEDSIGNAL, INC. and ) | |
| *formerly known as* ALLIED CHEMICAL CORP ) | |

**ORDER**

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment # 11.
Motion for Judgment on the Pleadings # 13.

SO ORDERED this 8th day of February, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA